| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| WELDON KELLY and WILMA KELLY, d/b/a/ Our Place Cafe, | § § § | |
| Plaintiffs, | § § | |
| versus | § § | CIVIL ACTION NO. 1:07-CV-919 |
| SCOTTSDALE INSURANCE CO., ET AL., | § § § § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Order of Reference entered on November 27, 2007. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant the plaintiffs' agreed motion to dismiss and enter judgment pursuant to settlement.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

SIGNED at Sherman, Texas, this 18th day of November, 2008.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE